# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

Robert P. Young, Jr.,
Chief Justice

143693

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 143693
COA: 298172
Oakland CC: 09-227243-FH

BARRETT RAY SCHWARZLOSE,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

_____
Clerk

p0118